# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> DIGITAL REALTY TRUST, INC. and DIGITAL REALTY TRUST, L.P., <br><br> *Defendants*. | § § § § § § § § § § § CIVIL ACTION NO. 2:24-CV-00950-JRG |

## ORDER

Before the Court is the Notice of Voluntary Dismissal (the "Notice") filed by Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Ltd. ("Plaintiffs"). (Dkt. No. 15.) In the Notice, Plaintiffs dismissed all claims asserted the above-captioned case with prejudice under Rule 41(a)(1)(A)(i). (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims asserted in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 22nd day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE